No. 85–400.   FLORIDA *v.* ROMERO, AKA MASCARA.   Dist. Ct. App. Fla., 3d Dist.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   ▮

No. 85–968.   ARMONTROUT, WARDEN *v.* MOORE.   C. A. 8th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   ▮

No. 85–1005.   DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON *v.* WEBSTER.   C. A. 7th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   ▮